# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

DIEDRE TOWNSEND-TAYLOR AND
RONNIE TAYLOR,

        **Plaintiffs,**

   **v.**                                     **Case No. 05-C-0952**

AMERITECH SERVICES, INC.,

        **Defendant.**

## SUPPLEMENTAL AGREED PROTECTIVE ORDER

Plaintiffs, DIEDRE TOWNSEND-TAYLOR and RONNIE TAYLOR, and Defendant, AMERITECH SERVICES, INC., by their respective attorneys, having agreed that the personnel records of Pat Fontenot, an employee of Defendant who is not a party to this case, shall be governed by the Agreed Protective Order entered by the Court on January 18, 2006.

**IT IS SO ORDERED**.

                       ENTERED BY:    s/Rudolph T. Randa
                                        Rudolph T. Randa
                                        U.S. District Judge

                       DATE:            May 15, 2006

AGREED TO BY:

 s/ Robert M. Mihelich
Robert M. Mihelich
Attorney for Plaintiffs


 s/ Laura A. Lindner
Laura A. Lindner
Attorney for Defendant