AO 450 (Rev. 5/85) Judgment in a Civil Case ⊗

# United States District Court

EASTERN DISTRICT OF WISCONSIN

**JUDGMENT IN A CIVIL CASE**

**DIEDRE TOWNSEND-TAYLOR and**
**RONNIE TAYLOR,**

          Plaintiffs,

    V.          CASE NUMBER: **05-C-952**

**AMERITECH SERVICES, INC.,**

          Defendant.

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came on for consideration and a decision has been rendered.

IT IS ORDERED AND ADJUDGED **that the defendant's motion for summary judgment, on plaintiffs' allegations that the defendant violated the Family and Medical Leave Act, 29 U.S.C. §§ 2601-2654, is GRANTED.**
**The plaintiffs' motion for partial summary judgment is DENIED.**
**This action is hereby DISMISSED.**

    **April 18, 2007**                                  **JON W. SANFILIPPO**
Date                                                    Clerk

                                                     s/ Linda M. Zik
                                                     (By) Deputy Clerk